UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr2980-WQH |
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ARDALAAN "ARMANI" ADAMS (2), | |
| Defendant. | |

On April 7, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of ARDALAAN "ARMANI" ADAMS ("Defendant") including an agreement to forfeit the following assets, as well as the amount of $424,648,137.00 as the amount of proceeds Defendant received from the offense, and all properties seized in connection with this case pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(7), and Title 28, United States Code, Section 2461(c):

(A) $260,508.66 seized from J.P. Morgan Chase Bank account number 871690777, held in the name of Avondale HME Inc.;

(B) $632,183.07 seized from Wells Fargo Bank account number 5285163191, held in the name of Avondale HME Inc.;

(C) $467,117.30 seized from Wells Fargo Bank account number 9969282244, held in the name of Avondale HME Inc.;

(D) $878,144.54 seized from Wells Fargo Bank account number 6333591664, held in the name of Avondale HME Inc.;

(E) $607,749.84 seized from J.P. Morgan Chase Bank account number 921338880, held in the name of SD Orthotics Inc.;

(F) $1,096,140.65 seized from J.P. Morgan Chase Bank account number 895928013, held in the name of Elite Medical Supply Inc.;

(G) $335,727.38 seized from Wells Fargo Bank account number 3587083308, held in the name of Essential Medical Supplies LLC;

(H) $44,639.85 seized from Wells Fargo Bank account number 9714414340, held in the name of Essential Medical Supplies LLC;

(I) $376,429.48 seized from Wells Fargo Bank account number 3864696905, held in the name of Essential Medical Supplies LLC;

(J) $552,298.81 seized from Union Bank account number 103713731, held in the name of United Health-Wear LLC;

(K) $1,123,693.96 seized from Wells Fargo Bank account number 3864768688, held in the name of First Choice Medical Supply Inc.;

(L) $1,426,776.50 seized from Wells Fargo Bank account number 2616750333, held in the name of Reliable Orthotics LLC;

(M) $8,897.57 seized from Wells Fargo Bank account number 2952437529, held in the name of Medical Rehab Supply Inc.;

(N) $596,788.25 seized from J.P. Morgan Chase Bank account number 205722678, held in the name of Heart Homecare, dba Sacred Heart Home Medical;

|   |   |   |
|---|---|---|
| 1 | (O) | $473,515.02 seized from J.P. Morgan Chase Bank account number 212227083, held in the name of Medical Rehab Supply Inc.; |
| | (P) | $684,999.90 seized from J.P. Morgan Chase Bank account number 251028277, held in the name of C & E Medical; |
| | (Q) | $8,253,316.32 seized from Wells Fargo Bank account number 1144278403, held in the name of Ever Prime Concepts Inc.; |
| | (R) | $20,629.03 seized from J.P. Morgan Chase Bank account number 326163190, held in the name of United Health-Wear, LLC; |
| | (S) | $11,390.12 seized from J.P. Morgan Chase Bank account number 3622167196 held in the name of Medical Rehab Supply, Inc.; |
| | (T) | $314,289.31 seized from J.P. Morgan Chase Bank account number 270220558, held in the name of Elite Medical Supply Inc.; |
| | (U) | $10,402,132.21 seized from Wells Fargo Bank account number 8283033747, held in the name of Armahni, Inc.; |
| | (V) | $1,407,605.03 seized from Wells Fargo Bank account number 6709688227, held in the name of Ardalaan Adams and Monica V Gaines. |
| | (W) | $3,961,510.63 seized Fidelity Investments account number ME8-045855, held in the name of Ardalaan Adams; |
| | (X) | $750,000.00 seized from Wells Fargo Bank account number 2703396958, held in the name of The Armani Adams Foundation, LLC; |
| | (Y) | $200,920.77 seized from Wells Fargo Bank account number 3585179512, held in the name of Apex Associates LLC.; |

(Z) $9,007,369.31 seized from TD Ameritrade account number 942-801007, held in the name of Armahni Adams;

(AA) Three (3) Rolex Oyster Perpetual Day-Date President Rolex watches, Serial numbers 4H6447X3, 6L492861 and 261fj118, seized from Armahni Adams.

(BB) $822.98 seized from Wells Fargo Bank account number 8872191187, held in the name Logan Marketing Group Inc;

(CC) $27,695.57 seized from J.P. Morgan Chase Bank account number 229233363 held in the name of Raquel C. Benavidez;

(DD) $49,909.46 seized from Bank of America account number 325124526064 held in the name of Raquel C. Benavidez;

(EE) $50,000.00 seized from Bank of America cashier's check number 885322001;

(FF) $50,000.00 seized from Bank of America cashier's check number 885322002;

(GG) $50,160.25 seized from Navy Federal Credit Union account number 3113594083 held in the name Raquel C Benavidez;

(HH) $45,008.29 seized from US Bank account number 253468499657, held in the name Raquel C. Benavidez, IDN;

(II) $4,955.15 seized from US Bank account number 157514655867, held in the name Raquel C. Benavidez, IDN;

(JJ) $ 48,870.51 seized from Sandia Area Federal Credit Union account number 442454, held in the name Raquel C. Benavidez-Cumber;

(KK) $397.62 seized from Bank of American account number 439008215895 held in the name of Aajaylah K. Rogers and Raquel C. Benavidez;

  (LL) A cashier's check in the amount of $500,000.00 from Avondale HME Inc., received from Charles Burruss, representing proceeds deposited into bank accounts;

  (MM) A cashier's check in the amount of $6,063.69, representing proceeds deposited into bank accounts;

  (NN) A cashier's check in the amount of $21,600.10, representing proceeds deposited into bank accounts;

  (OO) A cashier's check in the amount of $75,676.57, representing proceeds deposited into bank accounts;

  (QQ) A $424,648,137 money judgment equal to the amount of gross proceeds traceable to the commission of the offenses; and

  For thirty (30) consecutive days ending on May 21, 2022, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third-parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

  On June 10, 2022, Notice of Order of Forfeiture was sent by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| 1. James Armstrong. Esq<br>The Armstrong Firm<br>737 Pearl St., Suite 204<br>La Jolla, CA 92037 | 7770 6593 6264 | Returned to Sender. Business Closed. |
| 2. Burruss Consulting<br>10750 W. McDowell Rd, Ste A110<br>Avondale, AZ 85392 | 7770 6668 5970 | Returned to Sender. Undeliverable. |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 3. Jeffrey Szekely<br>126 Bender Drive<br>Clifton, NJ 07013 | 7770 6672 9274 | Unknown. |
| 4. Avondale HME, Inc.<br>2020 Camino Del Ro North, Ste 205<br>San Diego, CA 92108 | 7770 6676 5136 | Incorrect Address. Moved. |
| 5. Teylor B. Carr<br>12554 W Dessert Flower Rd<br>Avondale, AZ 85392 | 7770 6679 4121 | Delivered on 6/13/2022. |
| 6. Racquel Celine Benavidez<br>2185 Station Village Way, Apt 1317<br>San Diego, CA 92108 | 7770 6684 0801 | Delivered on 6/10/2022. |
| 7. Racquel Celine Benavidez<br>7123 Treeline Avenue, NW<br>Albuquerque, NM 87114 | 7770 6688 8200 | Delivered on 6/10/2022. |
| 8. Nicholas Burruss<br>6788 Tuxedo Road<br>San Diego, CA 92119 | 7770 6691 2263 | Delivered on 6/10/2022. |
| 9. Bracing Partners, Inc.<br>1301 Seminole Blvd. #115<br>Largo, FL 33770 | 7770 6693 9292 | Delivered on 6/15/2022. |
| 10. Ronald Morriss II<br>633 N. Central Ave., Apt. 403<br>Glendale, CA 91203 | 7770 6695 5082 | Return to Sender. Recipient Moved. |
| 11. Kelly L. Wolfe<br>454 20th Avenue<br>Indian Rocks Beach, FL 33785 | 7770 8339 2440 | Return to Sender. Recipient Moved. |
| 12. CP Bracing Supply Inc.<br>801 W. Bay Drive, Ste. 505<br>Largo, FL 33770 | 7770 8345 0697 | Return to Sender. Recipient Moved. |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 13. American Bracing Solutions<br>1301 Seminole Blvd. #115<br>Largo, FL 33770 | 7770 8366 8190 | Delivered on 6/15/2022. |
| 14. LJH Medical Solutions Inc.<br>801 W. Bay Drive, Ste. 505<br>Largo, FL 33770 | 7770 8348 3872 | Returned to Sender.<br>Recipient Moved. |
| 15. Danny Joey Harvey II<br>7426 Gribble St.<br>San Diego, CA 92114 | 7770 8372 1725 | Delivered on 6/10/2022. |
| 16. Thomas Winston Black<br>8184 Dane Road<br>Riverside, CA 92508 | 7770 8369 2703 | Delivered on 6/10/2022. |
| 17. Caring For Your Pain Bracing<br>8800 49th St., North, Ste 209<br>Pinellas Park, FL 33782 | 7770 8377 0789 | Return to Sender.<br>Recipient Moved. |
| 18. Dushuan Donnel Fairley<br>2524 Aperture Circle<br>San Diego, CA 92108 | 7770 8380 0660 | Unknown. |
| 19. Monica Adams<br>8180 Whitehead Pl<br>La Mesa, CA 91942 | 7770 8382 4749 | Return to Sender.<br>Recipient Moved. |
| 20. The Armanhi Adams Foundation<br>c/o HFO Law Group<br>2355 E. Camelback Rd., Ste. 425<br>Phoenix, AZ 85016 | 7770 8385 0702 | Delivered on 6/10/2022. |
| 21. The Navajo Project<br>6788 Tuxedo Road<br>San Diego, CA 92119 | 7770 8388 0142 | Delivered on 6/10/2022. |
| 22. Ever Prime Concepts<br>2020 Camino Del Rio N.,Ste. 205<br>San Diego, CA 92108 | 7770 8390 2265 | Return to Sender.<br>Recipient Moved. |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 23. Gwendolyn P. Jennings<br>22422 Gold Bar Ct.<br>Apple Valley, CA 92307 | 7770 8391 7897 | Unknown. |
| 24. Jamont Marcell Jones<br>802 Shirehampton Dr.<br>Las Vegas, NV 89178 | 7770 8393 9160 | Delivered on 6/10/2022. |
| 25. Condra Albright<br>3262 Poplar Springs Rd.<br>Ringgold, GA 30736 | 7770 8395 8382 | Delivered on 6/10/2022. |
| 26. Cindy Phan<br>3666 Calavo Drive<br>Spring Valley, CA 91977 | 7770 8398 1840 | Unknown. |
| 27. Schuyler S. Poppe<br>454 20th Ave.<br>Indian Rocks Beach, FL 33785 | 7770 8399 9382 | Return to Sender. Recipient Moved. |
| 28. Joshua Sipho<br>6788 Tuxedo Road<br>San Diego, CA 92119 | 7770 8401 9582 | Delivered on 6/10/2022. |
| 29. Back Braces Plus, Inc.<br>9633 US Hwy 19N<br>Pinellas Park, FL 33782 | 7770 8703 9860 | Return to Sender. |
| 30. Belle Oak Bracing, Inc.<br>3900 Belle Oak Blvd Ste 101<br>Largo, FL 33771 | 7770 8709 4430 | Return to Sender. Recipient Moved. |
| 31. Discover Medical Supply<br>1301 Seminole Blvd. #117<br>Largo, FL 33770 | 7770 8720 9690 | Return to Sender. |
| 32. Dierra King<br>1301 Seminole Blvd. #117<br>Largo, FL 33770 | 7770 8727 0666 | Return to Sender. |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 33. Ismail Jalal Kabook<br>14004 Roosevel Blvd., Ste. 612<br>Clearwater, FL 33762 | 7770 9026 7770 | Return to Sender.<br>Recipient Moved. |
| 34. The Burruss Foundation, LLC<br>c/o HFO Law Group<br>2355 E. Camelback Rd., Ste. 425<br>Phoenix, AZ 85016 | 7770 9034 6671 | Delivered on 6/14/2022. |
| 35. The Armanhi Inc.<br>8190 Whitehead Pl<br>LaMesa, CA 91942 | 7770 9051 3285 | Return to Sender. |
| 36. Leticia A. Engleman<br>6788 Tuxedo Rd.<br>San Diego, CA 92119 | 7770 9064 7746 | Delivered on 6/14/2022. |
| 37. Steven A. Jennings<br>40334 165th Ste., E<br>Palmdale, CA 93591 | 7770 9072 9912 | Delivered on 6/14/2022. |
| 38. Reliable Orthotics Inc.<br>7183 Navajo Rd., Ste. A<br>San Diego, CA 92119 | 7770 9088 2342 | Return to Sender. |
| 39. Essential Medical Supplies LLC<br>2831 Camino Del Rio S, Ste 110<br>San Diego, CA 92108 | 7770 9094 6060 | Delivered on 6/14/2022. |
| 40. Sheila Nessa Nejat<br>7830 Westside Dr., Apt. #110<br>San Diego, CA 92108 | 7770 9097 9810 | Delivered on 6/14/2022. |
| 41. Universal MedSupports, LLC<br>5716 Corsa Ave., Ste. 110<br>Westlake Village, CA 91362 | 7770 9104 2891 | Return to Sender. |
| 42. 3MT3, Inc.<br>7514 Girard Ave., Ste 1541<br>La Jolla, CA 92037 | 7770 9114 3662 | Delivered on 6/14/2022. |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 43. Medical Rehab Supply Inc.<br>3633 Camino Del Rio N., Ste. 150<br>San Diego, CA 92108 | 7770 9122 3343 | Return to Sender. |
| 44. First Choice Medical Supply Inc.<br>256 Whiterspoon Way, Ste M<br>El Cajon, CA 92020 | 7770 9126 2373 | Return to Sender.<br>Recipient Moved. |
| 45. C & E Medical Inc.<br>3914 Murphy Canyon Rd.,Ste. A212<br>San Diego, CA 92123 | 7770 9130 1797 | Return to Sender.<br>Business Closed. |
| 46. Heart Homecare LLC<br>7827 Convoy Court, Ste 401<br>San Diego, CA 92111 | 7770 9142 7653 | Delivered on 6/14/2022. |
| 47. United Health-Wear, LLC<br>7840 El Cajon Blvd.,Ste 406<br>San Diego, CA 92101 | 7770 9149 0839 | Return to Sender. |

On August 8, 2023, Notice of Order of Forfeiture was sent by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| 1. Ardalaan Adams<br>8190 Whitehead Pl<br>La Mesa, CA 91942 | 772960318010 | Delivered on 8/8/23 |
| 2. Ardalaan Adams<br>c/o Anthony J Colombo Jr., Esq.<br>105 West F Street<br>3rd Fl Ste 310<br>San Diego, CA 92101 | 772960543120 | Delivered on 8/8/23 |
| 3. Raquel Benavidez<br>C/o James Armstrong Esq.<br>737 Pearl Street<br>Suite 204<br>La Jolla, CA 92037 | 772960595962 | Returned- Business Closed |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 4. Charles Schwab & Co., Inc.<br>9800 Schwab Way<br>Lonetree, CO 80124 | 772960634540 | Delivered on 8/9/23 |
| 5. C/o Angelo Toledo<br>UnionBank Del Mar Heights Office<br>12950 Carmel County Rd.<br>San Diego, CA 92130 | 772960649565 | Delivered on 8/10/23 |
| 6. Logan Marketing Group Inc.<br>C/o Legalinc Corporate Service Inc<br>4788 Dewey Dr<br>Fair Oaks, CA 95628 | 772960668490 | Returned to sender. |
| 7. Wells Fargo Bank<br>9276 Scranton Road<br>Suite 150<br>San Diego, CA 92121 | 772960682244 | Returned to sender. Moved no forwarding address. |
| 8. Apex Associates, LLC<br>C/o Registered Agents Inc.<br>30 N Gould St, Ste R<br>Sheridan, WY 82801 | 772960706749 | Delivered on 8/9/23 |
| 9. Letticia A. Engleman<br>4569 Hamilton Street<br>San Diego, 92116 | 772960715618 | Delivered on 8/9/23 |
| 10. Letticia A. Engleman<br>8054 Nightingale Way<br>San Diego, 92123 | 772960720227 | Delivered on 8/9/23 |
| 11. SHEILA NESSA NEJAT<br>7777 Westside Drive, Apt. 244<br>San Diego, CA 92108 | 772960736627 | Delivered on 8/9/23 |
| 12. Steven E. Jennings<br>5540 Oso Parkway<br>Apt. 18<br>Corpus Christi, TX 78413 | 772960746422 | Delivered on 8/10/23 |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 13. Elite Medical Supply Inc.<br>c/o Nejat, Sheila Nessa<br>2667 Camino Del Rio South<br>STE 315<br>San Diego, CA 92108 | 772960754394 | Returned- refused by recipient. Not their client. |
| 14. SD Orthotics Inc<br>6788 Tuxedo Rd.<br>San Diego, CA 92119 | 772960769879 | Delivered on 8/9/23 |
| 15. KELLY L. WOLFE<br>1301 Semilnole Blvd.<br>Suite 112<br>Largo, FL 33770 | 772960783173 | Not deliverable- moved. |
| 16. US Bank<br>600 W. Broadway, Suite 100<br>San Diego, CA 92101 | 772960792042 | Recipient moved and left no forwarding address. |
| 17. Bank of America<br>c/o Miriam Medina<br>655 W. Broadway<br>Suite 101<br>San Diego, CA 92101 | 772960800310 | Delivered on 8/9/23 |
| 18. C & E Medical Inc.<br>c/o Devin J. Heppler<br>3914 Murphy Canyon Rd,<br>Ste A212<br>San Diego, CA 92123 | 772960810538 | Delivered on 8/10/23 to forwarding address. |
| 19. Maria Muro<br>7514 Girard Avenue<br>#1541<br>San Diego, CA 92037 | 772960826570 | Delivered on 8/9/23 |
| 20. Chelsea Burruss<br>9879 Graduate Driveway<br>Apt. 204<br>San Diego, CA 92131 | 772960841180 | Delivered on 8/8/23 |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 21. Wells Fargo Bank<br>c/o Esq., Douglas A. Axel<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, C 90013 | 772960861918 | Delivered on 8/10/23 |
| 22. Melvin Taylor<br>7514 Girard Avenue<br>#1541<br>San Diego, CA 92037 | 772960866817 | Delivered on 8/9/23 |
| 23. Wells Fargo Bank<br>550 S. 4th Street<br>MAC N9310-074<br>Minneapolis, MN 55415 | 772960871301 | Delivered on 8/9/23 |
| 24. Raquel Benavidez<br>7123 Tree Line Ave NW<br>Albuquerque, NM 87114 | 772960509466 | Delivered on 8/10/23 |
| 25. Center for Medicare & Medicaid Services, Office of the Regional Administrator- Region 9<br>90 7th Street, Suite 5-300<br>San Francisco, CA 94103-6706 | 772960580628 | Delivered on 8/10/23 |
| 26. United Health-Wear, LLC<br>C/o James Armstrong Esq.<br>737 Pearl Street<br>Suite 204<br>La Jolla, CA 92037 | 772960624296 | Returned to Sender. Business closed. |
| 27. Charles Burruss<br>6788 Tuxedo Rd<br>San Diego, CA 92119 | 772960638650 | Delivered on 8/8/23 |
| 28. JPMorgan Chase Bank<br>101 W Broadway, Suite 100<br>San Diego, CA 92101 | 772960656339 | Delivered on 8/9/23 |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 29. Charles Burruss<br>C/o Jeremy Warren, Esq.<br>Warren & Burstein<br>501 West Broadway, Suite 240<br>San Diego, CA 92101 | 772960676709 | Delivered on 8/8/23 |
| 30. United Health-Wear LLC<br>C/o Legalcorp Solutions Inc<br>8939 S Sepulveda Blvd, Ste 102<br>Los Angeles, CA, 90045 | 772960687474 | Delivered on 8/10/23 |
| 31. The Burruss Project LLC<br>C/o Registered Agents Inc.<br>30 N Gould St, Ste R<br>Sheridan, WY 82801 | 772960710693 | Delivered on 8/10/23 |
| 32. Edward Jones<br>12555 Manchester Rd<br>St. Louis, MO 63131 | 772960724656 | Delivered on 8/9/23 |
| 33. NICHOLAS BURRUSS<br>12554 W Desert Flower Road<br>Avondale, AZ 85392 | 772960733400 | Delivered on 8/10/23 |
| 34. Letticia A. Engleman<br>6220 Camino Rico<br>San Diego, CA 92120 | 772960742508 | Delivered on 8/9/23 |
| 35. Gwendolyn P. Jennings<br>5540 Oso Parkway, Apt. 18<br>Corpus Christi, TX 78413 | 772960749811 | Delivered on 8/9/23 |
| 36. Elite Medical Supply Inc.<br>c/o Nejat, Sheila Nessa<br>3168 N Garey Ave<br>Pomona, CA 91767 | 772960766538 | Returned to Sender. |
| 37. Modern Image<br>8656 Production Ave<br>San Diego, CA 92121 | 772960771732 | Delivered on 8/9/23 |

| Name and Address | Tracking No. | Result |
|---|---|---|
| 38. JPMorgan Chase Bank<br>c/o Mondane, Darnell<br>9450 Scranton Road, Suite 105<br>San Diego, CA 92121 | 772960788407 | Delivered on 8/9/23 |
| 39. Sandia Area Federal Credit Union<br>P.O. Box 18044<br>Albuquerque, NM 87185 | 772960796081 | Delivered on 8/10/23 |
| 40. Avondale HME, Inc.<br>c/o Registered Agent<br>2020 Camino Del Rio N, Suite 205<br>San Diego, CA 92108 | 772960806682 | Returned to Sender. |
| 41. KELLY L. WOLFE<br>2006 Beach Trail<br>Apt. B<br>Indian Rocks Beach, FL 33785 | 772960814783 | Delivered on 8/9/23 |
| 42. Universal Medsupports, LLC<br>8348 Center Drive<br>Ste. C<br>La Mesa, CA 91942 | 772960839651 | Recipient moved and left no forwarding address |
| 43. Aajaylah K. Rogers<br>2195 Station Village Way<br>Apt 1317<br>San Diego, CA 92108 | 772960845440 | Delivered on 8/9/23 |
| 44. 3MT3, INC<br>Agent of Service Richard Nilos<br>8702 El Manor Avenue<br>Los Angeles, CA 90045 | 772960862579 | Delivered on 8/10/23 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third-party to come forward or file a petition for relief from

forfeiture as provided by law, all right, title, and interest of ARDALAAN "ARMANI" ADAMS and any and all third parties in the following properties are hereby condemned, forfeited, and vested in the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(7), and Title 28, United States Code, Section 2461(c):

(A) $260,508.66 seized from J.P. Morgan Chase Bank account number 871690777, held in the name of Avondale HME Inc.;

(B) $632,183.07 seized from Wells Fargo Bank account number 5285163191, held in the name of Avondale HME Inc.;

(C) $467,117.30 seized from Wells Fargo Bank account number 9969282244, held in the name of Avondale HME Inc.;

(D) $878,144.54 seized from Wells Fargo Bank account number 6333591664, held in the name of Avondale HME Inc.;

(E) $607,749.84 seized from J.P. Morgan Chase Bank account number 921338880, held in the name of SD Orthotics Inc.;

(F) $1,096,140.65 seized from J.P. Morgan Chase Bank account number 895928013, held in the name of Elite Medical Supply Inc.;

(G) $335,727.38 seized from Wells Fargo Bank account number 3587083308, held in the name of Essential Medical Supplies LLC;

(H) $44,639.85 seized from Wells Fargo Bank account number 9714414340, held in the name of Essential Medical Supplies LLC;

(I) $376,429.48 seized from Wells Fargo Bank account number 3864696905, held in the name of Essential Medical Supplies LLC;

(J) $552,298.81 seized from Union Bank account number 103713731, held in the name of United Health-Wear LLC;

(K) $1,123,693.96 seized from Wells Fargo Bank account number 3864768688, held in the name of First Choice Medical Supply Inc.;

(L) $1,426,776.50 seized from Wells Fargo Bank account number 2616750333, held in the name of Reliable Orthotics LLC;

(M) $8,897.57 seized from Wells Fargo Bank account number 2952437529, held in the name of Medical Rehab Supply Inc.;

(N) $596,788.25 seized from J.P. Morgan Chase Bank account number 205722678, held in the name of Heart Homecare, dba Sacred Heart Home Medical;

(O) $473,515.02 seized from J.P. Morgan Chase Bank account number 212227083, held in the name of Medical Rehab Supply Inc.;

(P) $684,999.90 seized from J.P. Morgan Chase Bank account number 251028277, held in the name of C & E Medical;

(Q) $8,253,316.32 seized from Wells Fargo Bank account number 1144278403, held in the name of Ever Prime Concepts Inc.;

(R) $20,629.03 seized from J.P. Morgan Chase Bank account number 326163190, held in the name of United Health-Wear, LLC;

(S) $11,390.12 seized from J.P. Morgan Chase Bank account number 3622167196 held in the name of Medical Rehab Supply, Inc.;

(T) $314,289.31 seized from J.P. Morgan Chase Bank account number 270220558, held in the name of Elite Medical Supply Inc.;

(U) $10,402,132.21 seized from Wells Fargo Bank account number 8283033747, held in the name of Armahni, Inc.;

(V) $1,407,605.03 seized from Wells Fargo Bank account number 6709688227, held in the name of Ardalaan Adams and Monica V Gaines.

(W) $3,961,510.63 seized Fidelity Investments account number ME8-045855, held in the name of Ardalaan Adams;

(X) $750,000.00 seized from Wells Fargo Bank account number 2703396958, held in the name of The Armani Adams Foundation, LLC;

(Y) $200,920.77 seized from Wells Fargo Bank account number 3585179512, held in the name of Apex Associates LLC.;

(Z) $9,007,369.31 seized from TD Ameritrade account number 942-801007, held in the name of Armahni Adams;

(AA) Three (3) Rolex Oyster Perpetual Day-Date President Rolex watches, Serial numbers 4H6447X3, 6L492861 and 261fj118, seized from Armahni Adams.

(BB) $822.98 seized from Wells Fargo Bank account number 8872191187, held in the name Logan Marketing Group Inc;

(CC) $27,695.57 seized from J.P. Morgan Chase Bank account number 229233363 held in the name of Raquel C. Benavidez;

(DD) $49,909.46 seized from Bank of America account number 325124526064 held in the name of Raquel C. Benavidez;

(EE) $50,000.00 seized from Bank of America cashier's check number 885322001;

(FF) $50,000.00 seized from Bank of America cashier's check number 885322002;

(GG) $50,160.25 seized from Navy Federal Credit Union account number 3113594083 held in the name Raquel C Benavidez;

(HH) $45,008.29 seized from US Bank account number 253468499657, held in the name Raquel C. Benavidez, IDN;

(II) $4,955.15 seized from US Bank account number 157514655867, held in the name Raquel C. Benavidez, IDN;

(JJ) $ 48,870.51 seized from Sandia Area Federal Credit Union account number 442454, held in the name Raquel C. Benavidez-Cumber;

(KK) $397.62 seized from Bank of American account number 439008215895 held in the name of Aajaylah K. Rogers and Raquel C. Benavidez;

(LL) A cashier's check in the amount of $500,000.00 from Avondale HME Inc., received from Charles Burruss, representing proceeds deposited into bank accounts;

(MM) A cashier's check in the amount of $6,063.69, representing proceeds deposited into bank accounts;

(NN) A cashier's check in the amount of $21,600.10, representing proceeds deposited into bank accounts;

(OO) A cashier's check in the amount of $75,676.57, representing proceeds deposited into bank accounts;

(QQ) A $424,648,137 money judgment equal to the amount of gross proceeds traceable to the commission of the offenses

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service ("USMS"), Federal Bureau of Investigation ("FBI"), and any other Governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the USMS and FBI dispose of the forfeited properties forthwith in accordance with the law.

Dated: November 21, 2024

*[signature]*
Hon. William Q. Hayes
United States District Court