1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr2980-WQH |
|---|---|
| Plaintiff, | SECOND AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ARDALAAN "ARMANI" ADAMS (2), | |
| Defendant. | |

Upon consideration of the United States' Motion for a Second Amended Order of Criminal Forfeiture, and for good cause appearing, the United States' Motion For A Second Amended Order of Criminal Forfeiture is granted. (ECF No. 137.)

Accordingly, IT IS HEREBY ORDERED that this Second Amended Order of Criminal Forfeiture is entered to correct a clerical error made on Amended Order of Criminal Forfeiture (ECF 134). Property (U) shall be corrected from $10,402,132.21 seized from Wells Fargo Bank account number ███████, held in the name of Armahni, Inc, to $10,402,132.21 seized from Wells Fargo Bank account number ███████ held in the name of Armahni, Inc.

Accordingly, IT IS HEREBY ORDERED that this Second Amended Order of Criminal Forfeiture is entered, and based on the Preliminary Order of Criminal forfeiture entered April 7, 2022 (ECF 55), and the Amended Order of Criminal Forfeiture entered November 21, 2024 (ECF 134), all right, title, and interests of ARDALAAN "ARMANI"

ADAMS ("Defendant") and any all third parties are condemned and forfeited to the United States in the following properties, as well as the amount of proceeds Defendant received from the offense, and all properties seized in connection with this case pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(7), and Title 28, United States Code, Section 2461(c):

(A)    $260,508.66 seized from J.P. Morgan Chase Bank account number ████████, held in the name of Avondale HME Inc.;

(B)    $632,183.07 seized from Wells Fargo Bank account number ████████████████████████████████

(█)    $467,117.30 seized from Wells Fargo Bank account number ████████, held in the name of Avondale HME Inc.;

(D)    $878,144.54 seized from Wells Fargo Bank account number ████████ held in the name of Avondale HME Inc.;

(E)    $607,749.84 seized from J.P. Morgan Chase Bank account number ████████ held in the name of SD Orthotics Inc.;

(F)    $1,096,140.65 seized from J.P. Morgan Chase Bank account number ████████, held in the name of Elite Medical Supply Inc.;

(G)    $335,727.38 seized from Wells Fargo Bank account number ████████ held in the name of Essential Medical Supplies LLC;

(H)    $44,639.85 seized from Wells Fargo Bank account number ████████ held in the name of Essential Medical Supplies LLC;

(I)    $376,429.48 seized from Wells Fargo Bank account number ████████ held in the name of Essential Medical Supplies LLC;

20cr2980

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(J)    $552,298.81 seized from Union Bank account number ██████ held in the name of United Health-Wear LLC;

(K)    $1,123,693.96 seized from Wells Fargo Bank account number 3█████ held in the name of First Choice Medical Supply Inc.;

(L)    $1,426,776.50 seized from Wells Fargo Bank account number ████████████████████

██    $8,897.57 seized from Wells Fargo Bank account number ██████ held in the name of Medical Rehab Supply Inc.;

(N)    $596,788.25 seized from J.P. Morgan Chase Bank account number ████ 8, held in the name of Heart Homecare, dba Sacred Heart Home Medical;

(O)    $473,515.02 seized from J.P. Morgan Chase Bank account number ██████ in the name of Medical Rehab Supply Inc.;

(P)    $684,999.90 seized from J.P. Morgan Chase Bank account number █████ held in the name of C & E Medical;

(Q)    $8,253,316.32 seized from Wells Fargo Bank account number ████████████████████

██    $20,629.03 seized from J.P. Morgan Chase Bank account number █████ held in the name of United Health-Wear, LLC;

(S)    $11,390.12 seized from J.P. Morgan Chase Bank account number ██████ held in the name of Medical Rehab Supply, Inc.;

(T)    $314,289.31 seized from J.P. Morgan Chase Bank account number █████ held in the name of Elite Medical Supply Inc.;

(U)  $10,402,132.21 seized from Wells Fargo Bank account number ██████████ eld in the name of Armahni, Inc.;

(V)  $1,407,605.03 seized from Wells Fargo Bank account number ██████████, held in the name of Ardalaan Adams and Monica V Gaines.

(W)  $3,961,510.63 seized Fidelity Investments account number ██████████, held in the name of Ardalaan Adams;

(X)  $750,000.00 seized from Wells Fargo Bank account number ██████████ held in the name of The Armani Adams Foundation, LLC;

(Y)  $200,920.77 seized from Wells Fargo Bank account number ██████████ held in the name of Apex Associates LLC.;

(Z)  $9,007,369.31 seized from TD Ameritrade account number ██████████ held in the name of Armahni Adams;

(AA) Three (3) Rolex Oyster Perpetual Day-Date President Rolex watches, Serial numbers ████████████████████████ seized from Armahni Adams.

(BB) $822.98 seized from Wells Fargo Bank account number ██████████, held in the name Logan Marketing Group Inc;

(CC) $27,695.57 seized from J.P. Morgan Chase Bank account number ██████████ in the name of Raquel C. Benavidez;

(DD) $49,909.46 seized from Bank of America account number ██████████ held in the name of Raquel C. Benavidez;

(EE) $50,000.00 seized from Bank of America cashier's check number ██████████

(FF) $50,000.00 seized from Bank of America cashier's check number ██████████

20cr2980

(GG) $50,160.25 seized from Navy Federal Credit Union account number ███████ held in the name Raquel C Benavidez;

(HH) $45,008.29 seized from US Bank account number ███████, held in the name Raquel C. Benavidez, IDN;

(II) $4,955.15 seized from US Bank account number ███████, held in the name Raquel C. Benavidez, IDN;

(JJ) $ 48,870.51 seized from Sandia Area Federal Credit Union account number ███████ held in the name Raquel C. Benavidez-Cumber;

(KK) $397.62 seized from Bank of American account number ███████ held in the name of Aajaylah K. Rogers and Raquel C. Benavidez;

(LL) A cashier's check in the amount of $500,000.00 from Avondale HME Inc., received from Charles Burruss, representing proceeds deposited into bank accounts;

(MM) A cashier's check in the amount of $6,063.69, representing proceeds deposited into bank accounts;

(NN) A cashier's check in the amount of $21,600.10, representing proceeds deposited into bank accounts;

(OO) A cashier's check in the amount of $75,676.57, representing proceeds deposited into bank accounts; and

(QQ) A $424,648,137 money judgment equal to the amount of gross proceeds traceable to the commission of the offenses.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service ("USMS"), Federal Bureau of Investigation ("FBI"), and any other Governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

5

1    IT IS FURTHER ORDERED that the USMS and FBI dispose of the forfeited

2   properties forthwith in accordance with the law.

3

4   Dated:  January 21, 2025

    Hon. William Q. Hayes
5   United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

20cr2980